**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**



| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:25CR 91 |
| | 18 U.S.C. § 249(a)(2)<br>Hate Crime Involving an Attempt to Kill<br>(Counts 1 and 2) |
| v. | |
| DOUGLAS W. CORNETT, | 18 U.S.C. § 924(c)<br>Use of a Firearm During and In Relation to a<br>Crime of Violence<br>(Count 3) |
| *Defendant.* | |
| | Forfeiture Allegation |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY AND THE ASSISTANT ATTORNEY GENERAL
FOR THE CIVIL RIGHTS DIVISION CHARGE THAT:

### COUNT ONE
(Hate Crime Involving an Attempt to Kill)

On or about February 28, 2024, in Spotsylvania County, in the Eastern District of Virginia,

Defendant DOUGLAS W. CORNETT willfully caused bodily injury to O.G., a Latino man,

because of the actual and perceived national origin of O.G. The Defendant employed a firearm

that had traveled in interstate and foreign commerce; used a channel, facility, and instrumentality

of interstate commerce; and the Defendant's conduct otherwise affected interstate and foreign

commerce.  The offense included an attempt to kill O.G.

(In violation of Title 18, United States Code, Section 249(a)(2)(A)(ii)(II).)

## COUNT TWO
### (Hate Crime Involving an Attempt to Kill)

On or about February 28, 2024, in Spotsylvania County, in the Eastern District of Virginia,

Defendant DOUGLAS W. CORNETT willfully caused bodily injury to J.M., a Latino man,

because of the actual and perceived national origin of J.M.  The Defendant employed a firearm

that had traveled in interstate and foreign commerce; used a channel, facility, and instrumentality

of interstate commerce; and the Defendant's conduct otherwise affected interstate and foreign

commerce.  The offense included an attempt to kill.

(In violation of Title 18, United States Code, Section 249(a)(2)(A)(ii)(II).)


## COUNT THREE
### (Using, Carrying, Brandishing, and Discharging a Firearm
### During and In Relation to a Crime of Violence)

On or about February 28, 2024, in Spotsylvania County, in the Eastern District of Virginia,

Defendant DOUGLAS W. CORNETT knowingly used, carried, brandished, and discharged a

firearm (a SIG Sauer P320 9mm handgun) during and in relation to a crime of violence for which

the Defendant may be prosecuted in a court of the United States, that is, the violation of §

249(a)(2)(A)(ii)(II) charged in Counts One and Two of this Information.

(In violation of Title 18, United States Code, Section 924(c).)

2

## FORFEITURE ALLEGATION

Pursuant to 32.2 of the Federal Rules of Criminal Procedure, the defendant is hereby notified that, upon conviction of Count Three of this Criminal Information, the defendant shall forfeit to the United States any firearm or ammunition involved, used, or intended to be used in any violation of any U.S. criminal law, pursuant to 18 U.S.C. § 924(d).

Property subject to forfeiture includes, but is not limited to:

1. a Sig Sauer P320 9mm handgun, serial number 58B177123; and

2. all accompanying magazines and ammunition.

(All in accordance with Title 18, United States Code, Section 924(d) as incorporated by Title 28, United States Code, Section 2461(c).)

ERIK S. SIEBERT
United States Attorney

By: _____

Thomas A. Garnett
Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

By: _____

Kyle Boynton
Trial Attorney

3