COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
RICHMOND DIVISION

**SENTENCING MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 10:30 a.m. | Date: | November 13, 2025 |
| Started: | 10:34 a.m. | Presiding Judge: | Roderick C. Young, USDJ |
| Ended: | 11:24 a.m. | Courtroom Deputy: | J. Jones |
| Time in Court: | 50 minutes | Court Reporter: | Tracy Stroh, OCR |
| | | Probation Officer: | Diane DeLuca o/b/o Patrick Raible |
| CJA Time: | | U.S. Attorney: | Tom Garnett, AUSA |
| Split Time | ( ) | Defense Counsel: | Laura Koenig & Mark Duda |
| | | ☐ Retained ☐ Court appointed ☒ AFPD | |
| | | Interpreter: | |
| Case Number: | 3:25cr91 | | |
| USA v. | Douglas W. Cornett | | |

☒ Matter came on for Sentencing.   ☒ in custody   ☐ on bond

☒ Joint Waiver of Sentencing Cap Provision of Plea Agreement filed in open court.

☒ Pre-sentence report reviewed.   ☒ No objections to PSR.   ☐ Objections argued and rulings made.

☒ PSR accepted, adopted and filed as tendered.   ☐ PSR accepted, adopted and filed as amended.

☒ Motion for <u>Upward Variance</u> – Argued   ☒ Government (ECF No. 21)   ☒ Defendant (ECF No. 24)

☒ Granted   ☐ Denied

☒ Oral Motion to <u>Continue Determination of Restitution for 90 Days</u>   ☒ Government   ☒ Defendant.

☒ Granted   ☐ Denied

☒ Evidence previously filed at ECF Nos. 23 & 24 adopted by Court and made a part of the record.

☒ Argument by counsel.

☒ Statement by defendant.

**IMPRISONMENT**

SENTENCE:

Counts(s) <u>1, 2 & 3</u>  The defendant shall be committed to the custody of Bureau of Prisons to be imprisoned for a term of <u>LIFE</u>. This term consists of <u>LIFE</u> on Count <u>1</u> and a term of <u>LIFE</u> on Count <u>2</u>, all to be served concurrently, plus a term of <u>120</u> months on Count <u>3</u>, to be served consecutively. This sentence shall run concurrently to the sentence imposed in the Circuit Court in Spotsylvania, Virginia, docket numbers CR24000563 – 64-00, and 866 – 869-00.

☒ The defendant is remanded to the custody of the U.S. Marshal.

☒ The defendant shall receive credit for time served pursuant to 18 U.S.C. § 3585.

☐ The defendant shall surrender for service of the sentence at the institution designated by the Bureau of Prisons/U.S. Marshal, as directed by the Bureau of Prisons. If the defendant is not notified by the Bureau of Prisons of the institution designated, the defendant shall report to the USM at 701 East Broad Street, Richmond, Virginia no later than <u>10:00 a.m.</u> on _____, to begin service of the sentence.

## **SUPERVISED RELEASE**

☒ Upon release from imprisonment, the defendant shall be on Supervised Release for a term of <u>5</u> years. This term consists of <u>5</u> years on Count <u>1</u>, a term of <u>5</u> years on Count <u>2</u> and a term of <u>5</u> years on Count <u>3</u>, all to run ☒ Concurrently ☐ Consecutively.

☒ The defendant shall report to the U.S. Probation Office in the federal judicial district where the defendant is authorized to reside within 72 hours of the defendant's release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different timeframe.

☒ While on supervision, the defendant shall not commit another federal, state or local crime.

☒ The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as determined by the court.

☒ The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or other dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

☒ Defendant shall comply with all of the standard conditions of Supervised Release that are outlined in the pre-sentence report and are incorporated into the Court's Judgment by reference.

**Defendant shall also comply with the following additional conditions:**

1. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
2. The defendant shall not incur new credit card charges or open any additional lines of credit without the approval of the probation officer.
3. The defendant shall provide the probation officer access to any requested financial information.
4. If the defendant tests positive for a controlled substance or shows signs of alcohol abuse, the defendant must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.). Partial costs of this program shall be paid by the defendant, as directed by the probation officer, subject to the court's ultimate review and supervision. The defendant shall waive all rights of confidentiality regarding substance abuse treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.
5. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and follow the rules and regulations of that program. Partial costs of this program shall be paid by the defendant, as directed by the probation officer, subject to the Court's ultimate review and supervision. The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

## **FINANCIAL PENALTIES**

☒ The Court finds the defendant is ☐ capable ☒ not capable of paying a fine.

☒ The defendant shall pay a special assessment of $<u>100.00</u> as to each count. TOTAL: $ <u>300.00</u>

☐ Restitution not imposed in this case.

☐ The defendant shall pay a fine of $_____.    Interest waived?  ☐ yes  ☐ no

☒ The defendant shall make restitution in the amount of <u>to be determined</u>
Payable to: <u>to be determined</u>

Interest waived?   ☐ yes   ☐ no

☒ The determination of restitution is deferred for 90 days. Parties to file something regarding restitution determination within 90 days.

☐ Restitution is joint and several with _____

☐ Restitution Order entered and filed in open court.

☒ Consent Order of Forfeiture entered and filed on 6/18/2025 (ECF No. 15).

## SCHEDULE OF PAYMENTS

**PAYMENT OF THE CRIMINAL MONETARY PENALTIES SHALL BE AS FOLLOWS**:

☒ The criminal monetary penalties shall be due in full immediately;

☒ Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $<u>25.00</u> per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins. Payment of any unpaid balance shall become a special condition of supervised release.

☒ Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the clerk, United States District Court, except those payments made through the Bureau of Prisons' inmate financial responsibility program.

☒ The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

## APPEAL RIGHTS/DISMISSAL OF COUNTS/BOP RECOMMENDATIONS

☒ The defendant notified of right of appeal.

☒ Court noted that defendant waived right of appeal in plea agreement.

☐ ~~On motion of government the remaining counts of the indictment, to which the defendant has not pled guilty, are hereby dismissed: Count(s)_____.~~

☐ The defendant is continued on present bond and cautioned re bail jumping.

☐ The defendant is continued on present bond with the following additional conditions:_____.

☒ The Court recommends/directs that while incarcerated:

1. The defendant shall receive an evaluation for the need of substance abuse treatment, mental health treatment and medical treatment while incarcerated.
2. The Court recommends that the defendant be housed at a BOP medical facility.